637 A.2d 268

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

David H. SHREVE, Respondent.

No. 890, Disciplinary Docket No. 2.

Disciplinary Board Nos. 89 DB 91 and 1 DB 92.

Supreme Court of Pennsylvania.

Feb. 3, 1994.

## ORDER

PER CURIAM:

AND NOW, this 3rd day of February, 1994, a Rule having been issued upon respondent on November 16, 1993, to show

cause why he should not be placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E., and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; respondent is placed on temporary suspension pursuant to Rule 208(f), Pa.R.D.E.; and he shall comply with the provisions of Rule 217, Pa.R.D.E.